**Order entered June 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01114-CV

**SCOTT FRENKEL, Appellant**

**V.**

**STEPHEN COURTNEY, M.D., ET AL., Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

## ORDER

Before the Court is appellant's June 15, 2022 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **July 5, 2022**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE